MOE NEWMAN, Appellant, v. GUSTAV AGID, Respondent.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.